UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JOHN LAMAR FILLMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLAIMS UNIT DIVISION OF RISK )<br>MANAGEMENT, (CAO) RISK )<br>MANAGEMENT DIVISION, MANATEE )<br>COUNTY, MANATEE COUNTY, )<br>COUNTY OF MANATEE, MANATEE )<br>COUNTY BOARD OF COMMISSIONERS, )<br>and MANATEE COUNTY SHERIFF<br>OFFICE,<br><br>Defendants.[1] | Case No. 4:23-cv-04183-SLD-JEH |

MERIT REVIEW ORDER

Plaintiff John Lamar Fillmer filed suit against FCR Claims Unit Division of Risk

Management, Florida (DOFS), alleging that he was "being stalked harrassed [sic] and monitored

under unlawful surveillance violating [his] 4th amendement [sic]" rights.  Compl. 1, ECF No. 1.

The Court dismissed his complaint for failure to state a claim but granted him leave to file an

amended complaint.  Nov. 16, 2023 Order 3–4, ECF No. 6.  Fillmer filed an amended complaint

on December 1, 2023.  *See* Am. Compl. 1, ECF No. 7.  He alleges that while in a state hospital,

he "heard voices from odd people" who told him "that they were the sheriffs and government" of

Manatee, Florida.  *Id.* at 4.  He claims that these voices told him that he had to "sell [his] soul to

them," that they "run" Manatee and Sarasota County, and not to tell the police or they would kill

---

[1] Plaintiff John Lamar Fillmer listed one defendant in his case caption: "CLAIMS UNIT DIVISION OF RISK MANAGEMENT, (CAO) RISK MANAGEMENT DIVISION, MANATEE COUNTY."  Am. Compl. 1, ECF No. 7.  But in the body of the amended complaint, he names other defendants and alleges how they caused him injury. *See id.* at 1–3.  The Court includes those defendants in the caption as well.  The Clerk is directed to update the docket by adding Manatee County, County of Manatee; Manatee County Board of Commissioners; and Manatee County Sheriff Office as defendants.

him and his family.  *Id.*  Fillmer refers to this as "neural monitoring," unlawful surveillance, and electronic harassment and claims that it "is a constant ongoing problem that still causes [him] mental unrest and physical and emotional problems."  *See id.* at 4–5.

The court must dismiss an action brought by an individual proceeding *in forma pauperis* if it determines the action "is frivolous or malicious."  28 U.S.C. § 1915(e)(2)(B)(i).  Section 1915(e)(2)(B)(i) allows courts "to pierce the veil of [a] complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless."  *Neitzke v. Williams*, 490 U.S. 319, 327 (1989).[2]  "A claim is factually frivolous if its allegations are bizarre, irrational or incredible."  *Edwards v. Snyder*, 478 F.3d 827, 829 (7th Cir. 2007); *Neitzke*, 490 U.S. at 328 (noting that a court can dismiss complaints that describe "fantastic or delusional scenarios").

Fillmer's action is factually frivolous.  The gist of Fillmer's complaint is that he has been subjected to surveillance and harassment by government agents appearing as voices in his head.  These allegations are bizarre, irrational, and incredible.  *See Ash v. Superior Police Dep't*, Nos. 22-cv-512-jdp, 22-cv-659-jdp, 2022 WL 17403117, at *1 (W.D. Wis. Dec. 2, 2022) ("Ash's allegations that she is being attacked by radiation, surveilled by military drones, followed everywhere, and has voices forcefully broadcast to her are irrational and implausible, so they do not state claims for relief."); *cf. LaVeau v. Snyder*, 84 F. App'x 654, 656 (7th Cir. 2003) ("[The plaintiff's] allegations of a surveillance device that can read minds and manipulate thoughts are fantastic and delusional . . . .").

Accordingly, Fillmer's action is DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) as it is frivolous.  The Clerk is directed to enter judgment and close the case.

Entered this 8th day of January, 2024.

---

[2] *Neitzke* refers to 28 U.S.C. § 1915(d).  *Neitzke*, 490 U.S. at 327.  Section 1915(e)(2)(B)(i) is section 1915(d)'s "materially identical successor."  *Gladney v. Pendleton Corr. Facility*, 302 F.3d 773, 775 (7th Cir. 2002).

s/ Sara Darrow
_____

SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE